UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN THOMAS, ET AL. | CIVIL ACTION |
| VERSUS | |
| WARDEN BURL CAIN, ET AL. | NO. 07-0718-A-M2 |

## O R D E R

On October 4, 2007, the pro se plaintiffs, inmates confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, filed this proceeding as an "Emergency Request for Temporary Restraining Order and Preliminary Injunctions(s)", presumably pursuant to 42 U.S.C. § 1983, against Warden Burl Cain, Warden Donald Barr, Lt. Hebert and Sgt. Macky, complaining that their constitutional rights have been violated by the unreasonably high heat to which they have been subjected in their housing unit at LSP.

By correspondence dated November 7, 2007, and January 25, 2008, the Clerk of Court directed correspondence to each of the plaintiffs, directing them, inter alia, to either pay the cost of filing suit in this Court within fifteen (15) days or, with such time, submit properly completed motions to proceed in forma pauperis herein, together with properly completed Statements of Account, certifying to the average six-month deposits and balance in their inmate accounts. See rec.doc.nos. 3, 4, 5, 6 and 8. Each of the respective plaintiffs was specifically notified that, "failure to amend the pleadings as indicated will result in the dismissal of your suit by the Court without further notice." Id.

Despite notification of the need to either pay the cost of filing suit in this Court or submit properly completed motions to proceed in forma pauperis and Statements of Account within fifteen (15) days, the plaintiffs have failed to respond to the Court's Order. Therefore, this proceeding shall be dismissed, without prejudice, for failure of the plaintiffs to correct the deficiencies of which they were notified.

Judgment shall be entered in accordance with this Ruling.

Baton Rouge, Louisiana, this **7th** day of February, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE